*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-10-00709-CV

**IN RE** Michelle Rosynek **LAYTON**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                 Karen Angelini, Justice
                 Marialyn Barnard, Justice

Delivered and Filed: October 13, 2010

PETITION FOR WRIT OF MANDAMUS DENIED

On October 5, 2010, relator filed a petition for writ of mandamus and a motion for immediate relief. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the motion for immediate relief are DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 09194C, styled *In the Matter of the Marriage of Michelle Rosynek Layton and Ernest Gaston Layton, and In the Interest of E.G.L., et al.*, pending in the County Court at Law, Kerr County, Texas, the Honorable Spencer W. Brown presiding.